IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID WALDEN & DANA WALDEN                                    PLAINTIFFS

v.                              No. 4:12-cv-190-DPM

LOLOWANA HUMPHREY; BME
ENTERPRISE LLC; and BME LLC                                   DEFENDANTS

ORDER

The Waldens move the Court to enter default judgment against separate defendant BME Enterprise LLC. *Document No. 6.* The Court, however, is unable to conclude on the current record that the Waldens obtained good service on BME Enterprise LLC. The Waldens sent the summons and the complaint certified mail, return receipt requested to BME Enterprise LLC's registered agent, Charles Cash. The Waldens did not restrict delivery to Cash. And the return receipt indicates that someone else received the suit papers. FED. R. CIV. P. 4(h)(1)(A); ARK. R. CIV. P. 4(d)(8)(A). The Waldens have until 17 August 2012 to explain, in terms of Rule of Civil Procedure 4, why good service exists on BME Enterprise LLC, supplementing the record if need be.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 August 2012