IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID WALDEN; and
DANA WALDEN                                                        PLAINTIFFS

v.                          No. 4:12-cv-190-DPM

LOLOWANA HUMPHREY; BME
ENTERPRISE LLC; and BME LLC                                        DEFENDANTS

## ORDER

The Waldens have made no showing that service was good on BME Enterprise LLC, *Document No. 9*. The motion for default judgment, *Document No. 6*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2012