# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID WALDEN and
DANA WALDEN                                                           PLAINTIFFS

v.                              No. 4:12-cv-190-DPM

LOLOWANA HUMPHREY;
BME ENTERPRISE, LLC; and
BME, LLC                                                              DEFENDANTS

## ORDER

The Court's Order of 30 November 2012 said, "unless the Plaintiffs take some action by 14 December 2012, the Court will dismiss without prejudice for failure to prosecute and lack of good service. FED. R. CIV. P. 4(m)." *Document No. 12.* The Waldens have not taken any action. The Court therefore dismisses this action without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2012