IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID WALDEN and
DANA WALDEN                                                          PLAINTIFFS

v.                          No. 4:12-cv-190-DPM

LOLOWANA HUMPHREY;
BME ENTERPRISE, LLC; and
BME, LLC                                                             DEFENDANTS

## JUDGMENT

The Waldens' complaint against Humphrey, BME Enterprises, LLC, and BME, LLC is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

19 December 2012